IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALTON D. BROWN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PRESIDENT AND CEO OF PRISON HEALTH SERVICES, INC., et al. | : | NO. 11-7935 |

# O R D E R

AND NOW, this 16th day of March, 2012, having considered plaintiff's civil rights complaint, his motion to proceed in forma pauperis, and his second motion for reconsideration, it is ORDERED that:

1. Plaintiff's second motion for reconsideration of this Court's January 12, 2012 order (Document No. 5) is DENIED;

2. Plaintiff's motion to proceed in forma pauperis is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's accompanying Memorandum;

3. Plaintiff may reinstate this case by remitting the filing fee of $350 to the Clerk of Court within thirty (30) days from the date of this order; and

4. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

Joel Slomsky
JOEL H. SLOMSKY, J.